US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 28 2015

DOUGLAS F. YOUNG, Clerk
By
　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:15CR30015-001 |
|  | ) | 18 U.S.C. § 2251(d)(1)(A) & (e) |
| v. | ) | 18 U.S.C. § 2252A (a)(5)(B)&(b)(2) |
|  | ) |  |
| KELVIN LEE PRATT | ) |  |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 6, 2015, in the Western District of Arkansas, Harrison Division, the defendant, KELVIN LEE PRATT, knowingly made, printed, published and caused to be made, printed, and published a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce any visual depiction, the production of which visual depiction involves the use of a minor engaging in sexually explicit conduct and which depiction is of such conduct, that is, a notice and advertisement stating, "So…you ready to pay me back?" and such notice and advertisement was transported using a means and facility of interstate and foreign commerce, that is, by Facebook Messenger via the Internet, all in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and 2251(e).

### COUNT TWO

On or about July 16, 2015, in the Western District of Arkansas, Harrison Division, the defendant, KELVIN LEE PRATT, knowingly possessed an Android Cellular Phone with serial number "af8b446c2dd7b5" that contained images of child pornography, as that term is defined in

Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One and Two of this Indictment.

Upon conviction of any Count of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253 the defendant's interest in:

1. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Indictment; and

3. any property, real or personal, **including any and all computer equipment,** used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property, including, but not limited to, computer equipment used in the commission of the offenses in the Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating by reference Title 21, United States Code, Section 853 to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A True Bill.

/s/ *Grand Jury Foreperson*
Foreperson

By:

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Ave
Fort Smith, AR   72901
479-249-9040
Denis.Dean@usdoj.gov