IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 3:15-CR-30015-PKH-1 |
| ) | |
| KELVIN LEE PRATT ) | |

**<u>DEFENDANT'S SENTENCING MEMORANDUM</u>**

Comes now the Defendant, Kelvin Lee Pratt, by the Office of the Federal Public Defender and its attorney, James B. Pierce and does hereby respectfully move this Court as to the following:

1. That Mr. Pratt is charged under 18 U.S.C. §§ 2251(d)(1) (A)& 2251(e) with one count of advertising visual depictions of minors engaging in sexually explicit conduct and 18 U.S.C. §§ 2252(a)(5) (B)& (b)(2) with one count of possession of child pornography. The matter is set for final sentencing before this Court on June 1, 2016.

2. That the Presentence Investigation Report ("PSR") prepared in this case was finalized on or about April 4, 2106. (Doc. 20). Said report contains certain information concerning the mental and emotional health of Mr. Pratt. (¶¶ 69-70)

3. That during the pendency of the representation of Mr. Pratt, defense counsel retained the services of Dr. Emily Fallis, Ph.D., Licensed Psychologist, to interview and meet with Mr. Pratt for the purpose of preparing a psychological evaluation.

4. That Dr. Fallis completed her evaluation of Mr. Pratt and prepared a written report dated May 2, 2016. Said evaluation was completed subsequent to the completion of the final PSR and the information contained in the evaluation was not available to be included

as a part of the PSR.

5.  That counsel for Defendant hereby requests the Court consider the information and opinion of Dr. Fallis as set forth in the Psychological Evaluation when fashioning the sentence of Mr. Pratt pursuant to 18 U.S.C. § 3553(a).

6.  That a copy of the Psychological Evaluation is attached as Exhibit # 1 hereto under seal, and a copy has been provided to the Government.

WHEREFORE, PREMISES CONSIDERED, Defendant, Kelvin Lee Pratt, requests the Court to consider the above referenced Psychological Evaluation, filed herein as Exhibit # 1, under seal, at the time of sentencing in this matter and for any and all other relief he may show himself entitled.

    Respectfully submitted,

    BRUCE D. EDDY
    FEDERAL PUBLIC DEFENDER
    WESTERN DISTRICT OF ARKANSAS

By:   /s/ *James B. Pierce,*
    James B. Pierce

    Assistant Federal Public Defender
    Judge Isaac C. Parker Federal Bldg.
    30 S. 6th Street, Room 205
    Fort Smith, AR 72901
    (479) 782-1097

    Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will provide a copy to Mr. Denis Dean, Assistant United States Attorney, and have provided a copy via United States Postal Service to the following: none.